UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  8:20-cv-00687-JLS-JDE                          Date: February 23, 2021
Title:  Gregory Reitz et al v. FCA US LLC et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

  Melissa Kunig                                               N/A
Deputy Clerk                                               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:  ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                               Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE: REMAND**

Before the Court is Plaintiffs' Motion for Attorney's Fees, currently scheduled for hearing on February 26, 2021.  (Mot., Doc. 27.)  Plaintiffs, who are California citizens, filed the original complaint in this action in state court, alleging a violation of California's Song-Beverly Consumer Warranty Act against Defendant FCA US LLC and Defendant McPeek's Chrysler Dodge Jeep Ram of Anaheim ("McPeek").  (Compl., Doc. 1-2.)  Defendants removed on the basis of diversity jurisdiction, asserting that McPeek, a California corporation, was fraudulently joined.  (Notice of Removal, Doc. 1.)  The parties reached a settlement before Plaintiff's Motion to Remand (Doc. 11) came before the Court for hearing.  Plaintiffs have now moved for an award of attorneys' fees pursuant to the parties' agreement.  (Doc. 27.)

It appears, however, that the Court lacks jurisdiction to rule on Plaintiffs' pending motion.  The operative complaint alleges no claims under federal law, nor does complete diversity exist, as Plaintiffs and Defendant McPeek are citizens of California.  (First Amended Complaint, Doc. 10.)  *See, e.g., Miller et al v. FCA US LLC et al.*, Case No. 8:20-cv-00360-JLS-DFM (Doc. 25, June 29, 2020).  Accordingly, Defendants are ORDERED to show cause, in writing, **within ten (10) days of the date of this Order**, why the Court should not remand this action to state court.  Plaintiffs may then file a

---

**CIVIL MINUTES – GENERAL**                                               1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:20-cv-00687-JLS-JDE                          Date: February 23, 2021

Title:  Gregory Reitz et al v. FCA US LLC et al

reply within seven (7) days of the date of Plaintiffs' response.  Defendants' response may not exceed seven (7) pages, and Plaintiffs' reply may not exceed five (5) pages.

      In light of the foregoing, the hearing on Plaintiffs' motion is CONTINUED from February 26, 2021 to **July 16, 2021 at 10:30 a.m.**

Initials of Deputy Clerk: mku